**NOTICE OF ASSIGNMENT**

Christenson

**NOTICE OF ASSIGNMENT**

Christenson