Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel:   (212) 940-8800
Fax:   (212) 940-8776
Email: m.parrott@kattenlaw.com

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman,*
*Jay S. Nydick, and Catherine D. Rice*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------- x

DENNIS CHRISTENSON, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

ISTAR FINANCIAL INC., JAY SUGARMAN, JAY S. NYDICK and CATHERINE D. RICE,

    Defendants,

------------------------------- x

08 CV 03879 (RWS)

**<u>NOTICE OF APPEARANCE</u>**

  PLEASE TAKE NOTICE that we are retained by and appear as counsel for defendants iStar Financial Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice and demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
   June 12, 2008

            KATTEN MUCHIN ROSENMAN LLP

            By_____
              Matthew D. Parrott

            575 Madison Avenue
            New York, NY 10022-2585
            Tel:   (212) 940-8800
            Fax:   (212) 940-8776
            Email: m.parrott@kattenlaw.com

            *Attorneys for Defendants iStar Financial,*
            *Inc., Jay Sugarman, Jay S. Nydick, and*
            *Catherine D. Rice*