UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DENNIS CHRISTENSON, Individually and On Behalf of ) Case No. 1:08-cv-03879
All Others Similarly Situated, )
) ECF Case
)
Plaintiff, )
)
vs. ) **ORDER**
)
ISTAR FINANCIAL, INC., JAY SUGARMAN, JAY S. )
NYDICK and CATHERINE D. RICE, )
)
Defendants. )
)
)
------------------------------------------------------------x

Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for

Defendants iStar Financial, Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice, and said

sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Theresa L. Davis
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Tel:   (312) 902-5206
Fax:   (312) 577-4725
theresa.davis@kattenlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

is admitted, *pro hac vice*, as counsel for Defendants iStar Financial, Inc., Jay Sugarman, Jay S.

Nydick and Catherine D. Rice in the above-captioned case in the United States District Court for

the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

        6.24 , 2008

                                              Hon. Robert W. Sweet, U.S.D.J.