UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS CHRISTENSON *et al.*,

Plaintiffs,

-v-

ISTAR FINANCIAL, *et al.*,

Defendants.

No. 08 Civ. 3879 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated November 17, 2008, this case was consolidated with *Citiline Holdings v. iStar Financial*, No. 08 Civ. 3612.

The Clerk of the Court is respectfully directed to administratively close the *Christenson* action and to terminate all motions pending therein.

DATED:     March 26, 2010
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/10